IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCHE BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-1819 |
| | : | |
| POLICE CHIEF JOSEPH FRIEL | : | |
| *IN HIS INDIVIDUAL AND OFFICIAL* | : | |
| *CAPACITY*, et al. | : | |

## ORDER

AND NOW, this 6th day of October, 2016, it is ORDERED the schedule in the

above-captioned matter is as follows:

- Discovery deadline is December 16, 2016;

- Plaintiff's expert report is due January 3, 2017;

- Defendant's expert report is due January 17, 2017;[1]

- Dispositive motions are due January 24, 2017;

- Responses to dispositive motions are due February 7, 2017;

- A teleconference to discuss settlement shall take place on February 21, 2017, at 3:00 p.m.

    Counsel for Plaintiff is to initiate the call;

- Motions in limine are due February 28, 2017;

- Responses to motions in limine are due March 9, 2017;

- Plaintiff's pre-trial memorandum is due March 9, 2017;

- Defendant's pre-trial memorandum is due March 9, 2017;

- Joint requested points for charge, joint proposed verdict slip, and voir dire questions, as
    explained in the Honorable Juan R. Sánchez's on-line procedures, are due March 9, 2017;

- Final pre-trial conference shall be held on March 13, 2017, at 11:00 a.m. in Courtroom 11A;

---

[1] Any deposition of an expert pursuant to Federal Rule of Civil Procedure 26(b)(4)(A) must be
conducted   before the deadline for submission of dispositive motions.

- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;

- This matter is in the March 20, 2017 trial pool.

- Counsel are referred to Judge Sánchez's operating procedures for further information: http://www.paed.uscourts.gov/documents/procedures/sanpol.pdf.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.