IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLANCHE A. BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-1819 |
| | : | |
| POLICE CHIEF JOSEPH FRIEL | : | |
| *IN HIS INDIVIDUAL AND OFFICIAL* | : | |
| *CAPACITY*, et al. | : | |

# **ORDER**

AND NOW, this 10th day of April, 2020, upon consideration of pro se Plaintiff Blanche A. Brown's motion for reconsideration and motion for relief under Rule 60(b), Defendants Police Chief Joseph Friel, Valley Township Supervisor, Valley Township Police Department, and Valley Township Governing Board/Supervisors' oppositions, and Brown's replies, and for the reasons stated in the accompanying Memorandum, it is ORDERED the motions (Documents 145 & 146) are DENIED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.